AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| MI FAMILIA VOTA, MARLA LOPEZ, MARLON LOPEZ, and PAUL RUTLEDGE<br><br>*Plaintiff(s)*<br><br>v.<br><br>GREG ABBOTT, Governor of Texas<br>JOSE ESPARZA, Texas Deputy Secretary of State<br>WARREN "Ken" PAXTON, Attorney General of Texas<br><br>*Defendant(s)* | Civil Action No.   5:21-CV-00920-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      Greg Abbott
      State of Texas Officer of the Governor
      1100 San Jacinto Blvd., Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Sean Lyons
      Lyons & Lyons PC
      237 W Travis St.
      San Antonio, TX, 78205
      Please see Appendix A for additional counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 09/28/2021

CLERK OF COURT   JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| MI FAMILIA VOTA, MARLA LOPEZ,<br>MARLON LOPEZ, and<br>PAUL RUTLEDGE<br><br>*Plaintiff(s)*<br><br>v.<br><br>GREG ABBOTT, Governor of Texas<br>JOSE ESPARZA, Texas Deputy Secretary of State<br>WARREN "Ken" PAXTON, Attorney General of Texas<br><br>*Defendant(s)* | Civil Action No. 5:21-CV-00920-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Warren "Ken" Paxton
Attorney General of Texas
300 W. 15th St., Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sean Lyons
Lyons & Lyons PC
237 W Travis St.
San Antonio, TX 78205
Please see Appendix A for additional counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date: 09/28/2021

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| MI FAMILIA VOTA, MARLA LOPEZ, MARLON LOPEZ, and PAUL RUTLEDGE | ) ) ) ) |
|---|---|
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 5:21-CV-00920-XR |
| GREG ABBOTT, Governor of Texas<br>JOSE ESPARZA, Texas Deputy Secretary of State<br>WARREN "Ken" PAXTON, Attorney General of Texas | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Jose Esparza
    Texas Deputy Secretary of State
    1019 Brazos St., Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sean Lyons
    Lyons & Lyons PC
    237 W Travis St.
    San Antonio, TX 78205
    Please see Appendix A for additional counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date: 09/28/2021

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:21-CV-00920-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

Attachment A to summons, *Mi Familia Vota v. Abbott*
Plaintiff Attorneys

Sean Lyons
Clem Lyons
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251

Wendy J. Olson
Laura E. Rosenbaum
Marc Rasich
Elijah Watkins
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland OR 97205
(208) 387-4291

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton MA 02459
Telephone: (617) 249-3015