IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MI FAMILIA VOTA, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | 5:21-CV-0920-XR |
| GREG ABBOTT, et al., | § § § | |
| *Defendants*. | § | |

**ORDER**

On this date, the Court considered the status of this case. Concurrently herewith, the Court issues an order consolidating this case under *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.). That order instructs the parties to file all future filings in *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.). Given these circumstances, the Court concludes that this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014)

Accordingly, the Clerk's office is **DIRECTED** to administratively close this case pending further order of the Court.

It is so **ORDERED**.

**SIGNED** this September 30, 2021.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE